IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

    v.                    Civil No. 06-6001
                  Criminal No. 6:99cr60003-001

DANNY WASHINGTON                                            DEFENDANT/MOVANT

## **J U D G M E N T**

Comes now the court on this the 16th day of June 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, it is hereby considered, ordered and adjudged that the Defendant/Movant's motion should be and is hereby dismissed.

Further, pursuant to *28 U.S.C. § 1915(a)*, we find that an appeal from the recommended action would not be taken in good faith.

IT IS SO ORDERED.

*/s/ Bobby E. Shepherd*
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE